
FILED
AUG 19 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

# UNITED STATES DISTRICT COURT
for the
EASTERN District of TENNESSEE
_____ Division

Case No. _____
(to be filled in by the Clerk's Office)

Christopher L. Clark-Bey, sui juris
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

City of Knoxville et al.
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Christopher L. Clark-Bey, sui juris, in propria persona |
| All other names by which you have been known: | |
| ID Number | 390446 |
| Current Institution | NORTHEAST CORRECTIONAL COMPLEX |
| Address | P.O. BOX 5000 |
| | MOUNTAIN CITY  TENN.  37683 |
| | City / State / Zip Code |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | OFFICER PRESTON WHILLOCK |
| Job or Title (if known) | DETECTIVE, AFFIANT, PROSECUTOR |
| Shield Number | |
| Employer | CITY OF KNOXVILLE, et al. |
| Address | KNOXVILLE POLICE DEPT., CHURCH AVE. |
| | KNOXVILLE  TENN.  37915 |
| | City / State / Zip Code |

[✓] Individual capacity  [✓] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | CHARME P. ALLEN |
| Job or Title (if known) | DISTRICT ATTORNEY GENERAL |
| Shield Number | |
| Employer | CITY OF KNOXVILLE, KNOX COUNTY, TENNESSEE |
| Address | 400 MAIN STREET, STE.168, P.O. BOX 1468 |
| | KNOXVILLE  TENN.  37902 |
| | City / State / Zip Code |

[✓] Individual capacity  [✓] Official capacity

Defendant No. 3
- Name: **STEVEN W. SWORD**
- Job or Title (if known): JUDGE
- Shield Number:
- Employer: KNOX COUNTY CRIMINAL COURT
- Address: 400 MAIN STREET, STE. 162
  KNOXVILLE, TENN. 37902
  City / State / Zip Code

[✓] Individual capacity  [✓] Official capacity

Defendant No. 4
- Name: TOM SPANGLER
- Job or Title (if known): SHERIFF
- Shield Number:
- Employer: KNOX COUNTY SHERIFFS OFFICE
- Address: 400 MAIN STREET, STE. L165
  KNOXVILLE, TENN. 37902
  City / State / Zip Code

[✓] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st, 4th, 5th, 9th, 10th, 13th, 14th AMENDMENTS TO THE CONSTITUTION OF THE UNITED STATES OF AMERICA, SUPREME LAW OF THE LAND; and, TITLE 28 U.S.C. 1332(a); U.S-MOROCCO TREATY OF 1787

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

EACH SAID DEFENDANT DID, UNDER COLOR OF LAW, ILLEGALLY EXERCISE JURISDICTION AGAINST A CITIZEN OF THE REPUBLIC OF AMERICA, AND DID ALSO DEPRIVE THE SAID PLAINTIFF OF LIFE, LIBERTY, AND PROPERTY, WITHOUT DUE PROCESS OF LAW, UNDER FORCE OF ARMS.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☑ Other *(explain)* MOORISH-AMERICAN native, sui juris, NON-RESIDENCE

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

In the City of Knoxville, Knox County, Tennessee
From April 21, 2017 through July 3, 2019

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

KNOXVILLE POLICE DEPARTMENT, KNOX COUNTY DA OFFICE, KNOX COUNTY CRIMINAL COURT, AND KNOX COUNTY SHERIFFS OFFICE, et al.
FROM APRIL 21, 2017 through JULY 3, 2019

C. What date and approximate time did the events giving rise to your claim(s) occur?

SAID EVENTS OCCURRED FROM APRIL 21, 2017 through JULY 3, 2019 (i.e., APRIL 21, 2017 @ approx. 7:20 pm - JULY 3, 2019 @ approx. 5:30 pm)

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

CITY OF KNOXVILLE, KNOX COUNTY, TENNESSEE, et al., DID, UNDER COLOR OF LAW, ILLEGALLY ISSUE A WARRANT OF ARREST, INDICTMENT # 111086/ #115339, JUDGEMENT OF CONVICTION, AND SENTENCE OF IMPRISONMENT, AGAINST SAID PLAINTIFFS" PRIVATE PROPERTY AND/OR PERSON(CHRISTOPHER L. CLARK, ssn#███-██-3220, D.O.B ██/██/1981, DOMICILE OF ORIGIN:Philadelphia,Penn.),exceeding $1,000,000

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

SAID PLAINTIFF DID SUFFER MENTALLY, EMOTIONALLY, PHYSICALLY, AND FINANCIALLY, FROM THE STRESS OF LITIGATION, DETAINMENT, AND THE CONDITIONS OF CONFINEMENT, OF THE SAID PLAINTIFFS' PRIVATE PROPERTY AND/OR PERSON(CHRISTOPHER LEON CLARK,ssn#███-██-3220,d.o.b.██/██/81, domicile of origin- Philadelphia,Penn.;exceeding $1,000,000)as a result of the enforcement of said illegal exercise of jurisdiction.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

ISSUE JUDGMENT ORDERING, SAID DEFENDANTS, TO COMPENSATE, SAID PLAINTIFF, A REWARD IN THE AMOUNT OF $1,000,000 U.S. DOLLARS & ADDITIONAL COURT COST, IN CONNECTION TO SAID ILLEGAL EXERCISE OF JURISDICTION; DISMISS SAID ILLEGAL INDICTMENT(S):#111086/#115339;VACATE SAID SENTENCE OF IMPRISONMENT;RELEASE SAID PLAINTIFFS' PRIVATE PROPERTY (███-██-3220,CHRISTOPHER LEON CLARK)FROM CONFINEMENT IN TENNESSEE DEPARTMENT OF CORRECTIONS BASED ON SAID INJURIES/DAMAGES INCURRED.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

KNOX COUNTY DETENTION CENTER
5001 MALONEYVILLE RD
KNOXVILLE, TN. 37918

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☑ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

_____

2. What did you claim in your grievance?

_____

3. What was the result, if any?

_____

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

COMPLAINT REFERS TO DIVERSITY OF CITIZENSHIP/SUBJECT-MATTER JURISDICTION, AND STATE COURTS DO NOT HAVE ANY JURISDICTION TO HEAR THIS CLAIM.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Knox County Sheriff, Tom Spangler, by In-house Mail, No response

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

        Plaintiff(s) _____

        Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3. Docket or index number

        _____

    4. Name of Judge assigned to your case

        _____

    5. Approximate date of filing lawsuit

        _____

    6. Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition _____

    7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/16/2020

Signature of Plaintiff: *Christopher L. Clark-Bey, sui juris, in propria persona*
Printed Name of Plaintiff: Christopher L. Clark-Bey, sui juris, in propria persona
Prison Identification #: 390446
Prison Address: NORTHEAST CORRECTIONAL COMPLEX
MOUNTAIN CITY, TENN. 37683

B. **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

Christopher L. Clark-Bey
#390446
N.E.C.X.
P.O. Box 5000
Mountain City, TN. 37683



Howard Baker, Jr. Courthouse
U.S. Court Clerk, Ste. 130
Eastern District of Tennessee
800 Market St.
Knoxville, TN. 37902

RECEIVED
AUG 19 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

NECX MAILROOM
AUG 1 7 2020
RECIEVED


LEGAL MAIL