UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CHRISTOPHER L. CLARK BEY, )
)
    Plaintiff, )
)
v. ) No. 3:20-CV-367-DCLC-DCP
)
CITY OF KNOXVILLE, PRESTON )
WILLOCK, CHARME P. ALLEN, )
STEVEN W. SWORD, and TOM )
SPANGLER, )
)
    Defendants. )

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith:

1. Plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 2] is **GRANTED**;

2. Plaintiff is **ASSESSED** the civil filing fee of $350.00;

3. The custodian of Plaintiff's inmate trust account is **DIRECTED** to submit the filing fee to the Clerk in the manner set forth above;

4. The Clerk is **DIRECTED** to mail a copy of this order and the accompanying memorandum opinion to the custodian of inmate accounts at the institution where Plaintiff is now confined and to furnish a copy of this order to the Court's financial deputy;

5. Even liberally construing the complaint in favor of Plaintiff, it fails to state a claim upon which relief may be granted under § 1983 as to any Defendant;

6. Accordingly, this action is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915(A);

7. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24; and

8. The Clerk is **DIRECTED** to close the file.

SO ORDERED.

E N T E R :

                                                                    s/Clifton L. Corker
                                                                    United States District Judge

ENTERED AS A JUDGMENT:

s/John Medearis
CLERK OF COURT

2

Case 3:20-cv-00367-DCLC-DCP   Document 5   Filed 08/20/20   Page 2 of 2   PageID #: 36